UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK DORTCH, | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:17-2184 |
| | : | |
| v | : | |
| | : | (JUDGE MANNION) |
| AMBER WARFEL, et al., | : | |
| | : | |
| Defendants | | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this order is deemed frivolous and not taken in good faith. See 28 U.S.C. §1915(a)(3).


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 22, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-2184-01-order.wpd